

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00285-CR

Michael **TALMADGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10180
Honorable Steve Hilbig, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on June 22, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle, Clerk